FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FEB 28 1995

WILLIAM B. GUTHRIE
Clerk, U. . Istrict Court

By:_____
Deputy Clerk

ANGELA LEEPER, )
 )
        Plaintiff, )
 )
vs. ) Case No. CIV-94-56-B
 )
DONNA SHALALA, Secretary of )
Health and Human Services, )
 )
        Defendant. )

## ORDER AFFIRMING AND ADOPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE

On November 4, 1994, the United States Magistrate Judge for this District entered Findings and Recommendation in the above-referenced case, recommending that this Court affirm the Secretary's decision denying Plaintiff's claim for supplemental security income disability benefits. On November 9, 1994, Plaintiff filed a timely objection to the Findings and Recommendation, alleging that certain of the Magistrate Judge's findings were not supported by substantial evidence.

Having examined the record and the issues herein, this Court finds that Plaintiff's exceptions and objections to the Findings and Recommendation are without merit. The Court also finds and orders that the Findings and Recommendation of the United States Magistrate Judge be **AFFIRMED** and **ADOPTED** by this Court as this Court's Findings and Order.

ENTERED this 28th day of February, 1995.

MICHAEL BURRAGE
UNITED STATES DISTRICT JUDGE